### Loveless *v.* Mims, administrator.

Hill, J.  Under the pleadings and evidence in this case the court did not err in granting a nonsuit.

*Judgment affirmed.  All the Justices concur.*

No. 755.  October 15, 1918.

Claim.  Before Judge Tarver.  Gordon superior court.  November 28, 1917.

*Harris & Harris,* for plaintiff.

*J. G. B. Erwin Jr.,* contra.